Fax: Apr 25 2006 10:35am P002/003



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 2006 ★

**BROOKLYN OFFICE**

ALAN H. SCHEINER
Senior Counsel
Room 3-192
Phone: (212) 788-0988
Fax: (212) 788-9776
ascheine@law.nyc.gov

April 25, 2006

By ECF and cc: By Fax

The Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted

So ordered.

s/John Gleeson
USDJ
4-26-06

Re: Busch v. City of New York, 00 Civ. 5211 (JG)(RLM) (EDNY)

Dear Judge Gleeson:

I am writing on behalf of the defendants in the above-captioned matter to respectfully request an adjournment of time to respond to the plaintiff's submission of April 19, 2006, which we received on April 20, 2006. The time for plaintiff's submission was originally set for April 12, 2006, two weeks from the last conference, but was extended by one week at plaintiff's request with the City's consent. The schedule initially set by the Court allowed for one week for the defendants to respond to the submission.

In light of the volume of the plaintiff's submission, and scheduling conflicts that have arisen since the original schedule was set, we respectfully request a two-week extension until May 10, 2006 to respond to plaintiff's submission. I have discussed the matter with plaintiff and Mr. Beldock, but have been unable to reach agreement regarding this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s

Alan H. Scheiner (AS-7991)

cc (by fax and ECF):
Myron Beldock, Esq. (fax: 212 557 0565)

cc (by fax and mail):
Ms. Doris Busch Boskey
53 Arbor Lane
Dix Hills, New York 11746
Fax: 631 271 1168